CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
MAY 28 2020
JULIA C. DUDLEY, CLERK
BY: s/ MARTHA L. HUPP
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CARTEZ R. BEARD, )<br>    Petitioner, )<br>)<br>v. )<br>)<br>WARDEN, )<br>    Respondent. ) | Civil Action No. 7:19cv00880<br><br>**MEMORANDUM OPINION**<br><br>By:  Hon. Jackson L. Kiser<br>      Senior United States District Judge |

By order entered February 6, 2020, the court conditionally filed Beard's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. In the conditional filing order, the court directed Beard to either pay the filing fee, sign and return a consent to fee form, or apply to proceed in forma pauperis. The court advised Beard that failure to comply with the court's order within fourteen days would result in the dismissal of the action without prejudice. Beard did not respond to the court's order. Inasmuch as the time to respond has passed and Beard has failed to comply with the court's order, I will dismiss this action without prejudice.

**ENTERED** this __28th__ day of May, 2020.

_____
SENIOR UNITED STATES DISTRICT JUDGE